IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


LLOYD LASKER, ET AL.                                             PLAINTIFFS

vs.                              NO: 4:09CV00121 BSM

OCWEN LOAN SERVICING, LLC, ET AL.                               DEFENDANTS

## ORDER

     Pending before the court is plaintiffs motion to reconsider the court's order granting defendants' motion to stay pending transfer.  The court entered the order without the benefit of a response from plaintiffs, who argue that this case will remain in limbo pending a decision by the Multi District Litigation Panel, and that it is unlikely that the case will be consolidated and transferred to the MDL.

     After considering plaintiffs' arguments, the court finds that plaintiffs are not unduly prejudiced by the court's order staying this action pending the MDL Panel's decision regarding defendant's motion to transfer and coordinate pretrial proceedings as part of MDL No. 1604.

     Accordingly, the motion to reconsider the court's March 6, 2009 order [Doc. No. 16] is denied.

     IT IS SO ORDERED this 23rd day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE