IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LLOYD LASKER, JR. and ROSSTELLA**
**LASKER, on behalf of themselves and all**
**others similarly situated**                                                              **PLAINTIFFS**

**v.**                          **CASE NO. 4:09CV00121 BSM**

**OCWEN LOAN SERVICING, LLC, and**
**WELLS FARGO BANK, N.A.**                                                              **DEFENDANTS**

## ORDER

Plaintiffs move to voluntarily dismiss their claims because the parties have reached a mutually acceptable settlement of their dispute. [Doc. No. 60]. Pursuant to Federal Rule of Civil Procedure 41, all claims are hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE